1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     STEVEN WAYNE BONILLA,                      No.  2:18-cv-2158 CKD P

12                    Plaintiff,

13            v.                                  ORDER

14     ERAPKIN LINDSAY, et al.,

15                    Defendants.

16

17            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18     U.S.C. § 1983.  Plaintiff has not, however, filed a request to proceed in forma pauperis or paid the

19     required filing fee of $350.00 plus the $50.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

20     1915(a).  Accordingly, IT IS HEREBY ORDERED that:

21            1.  Plaintiff shall submit, within thirty days from the date of this order, a request to

22     proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the

23     amount of $400.00; plaintiff's failure to comply with this order will result in dismissal; and

24     /////

25     /////

26

27     _____
       [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
       but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28     required to pay the $50.00 administrative fee.

                                                      1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni2158.ifp