UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIN WAYNE BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>ERAPKIN LINDSAY, et al.,<br><br>Defendants. | No. 2:18-cv-2158 CKD P<br><br><br>ORDER |

     Plaintiff is a California prisoner proceeding pro se with a civil action. On August 14, 2018, the court ordered plaintiff to either submit a request to proceed in forma pauperis or pay the filing fee within 30 days. However, the court recently learned that plaintiff is not permitted to proceed in forma pauperis because he has "struck out" pursuant to Title 28 U.S.C. § 1915(g), <u>Bonilla v. Lively</u>, 4:11-cv-3180 CW (N.D. Cal. Oct. 25, 2011), and he does not allege he is under "imminent danger of serious physical injury."

/////
/////
/////
/////
/////
/////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 14 days within which to
2 | pay the $400 filing fee for this action. Failure to pay the filing fee within 14 days will result in
3 | dismissal.

Dated: August 27, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni2158.k